Matter of Najiana J. (Etophia L.) (2023 NY Slip Op 01509)

Matter of Najiana J. (Etophia L.)

2023 NY Slip Op 01509

Decided on March 22, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ROBERT J. MILLER
LINDA CHRISTOPHER
BARRY E. WARHIT, JJ.

2021-09336
 (Docket No. N-4759-21)

[*1]In the Matter of Najiana J. (Anonymous). Administration for Children's Services, petitioner-respondent; Etophia L. (Anonymous), appellant; et al., respondent.

Etophia L., Brooklyn, NY, appellant pro se.
Sylvia O. Hinds-Radix, Corporation Counsel, New York, NY (Lorenzo Di Silvio and Elizabeth I. Freedman of counsel), for petitioner-respondent.
Twyla Carter, New York, NY (Dawne A. Mitchell and Judith Stern of counsel), attorney for the child.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 10, the mother appeals from stated portions of an order of the Family Court, Kings County (Jacqueline D. Williams, J.), dated November 10, 2021. The order, inter alia, on consent, directed that the mother engage in a mental health assessment, and prohibited her from appearing at the subject child's school to take the child out of school.
ORDERED that the appeal is dismissed, without costs or disbursements.
The mother's appeal from so much of the order as, on consent, directed that she engage in a mental health assessment must be dismissed. No appeal lies from an order entered on the consent of the appealing party, since a party who consents to an order is not aggrieved thereby (see CPLR 5511; Matter of Dallas P. [Allison P.], 185 AD3d 589, 590; Matter of Shu Jiao Zhao v Wei Rong, 183 AD3d 898).
The mother's remaining contentions on appeal are academic, since the challenged portions of the order have been superseded by subsequent orders from which no appeal has been taken (see Matter of Malazah W. [Antoinette W.], 183 AD3d 754, 755; Matter of Jordan SS. [Kevin SS.], 180 AD3d 1159, 1160; Matter of Denise V.E.J. [Latonia J.], 163 AD3d 667, 669-670).
The remaining contentions of the mother and the petitioner need not be reached in light of our determination.
DILLON, J.P., MILLER, CHRISTOPHER and WARHIT, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court